# Court of Appeals
# of the State of Georgia

ATLANTA,  October 16, 2015

*The Court of Appeals hereby passes the following order:*

**A16A0157.  SELMA STENSON v. PHEONIX RECOVERY GROUP.**

After the state court entered summary judgment in favor of Plaintiff Phoenix Recovery Group ("Phoenix"), Defendant Selma Stenson filed a motion to set aside the judgment, contending that she had not received service of process. The court denied her motion, and Stenson then filed this direct appeal.

Phoenix has filed a motion to dismiss this appeal, arguing that Stenson was required to file an application for discretionary appeal to obtain review in this Court. Phoenix is correct, and we lack jurisdiction to consider this appeal.

Pursuant to OCGA § 5-6-35 (a) (8), an appeal from an order denying a motion to set aside a judgment under OCGA § 9-11-60 (d), such as one alleging insufficient service of process, must be taken by application for discretionary review.  See *Jim Ellis Atlanta, Inc. v. Adamson*, 283 Ga. App. 116 (640 SE2d 688) (2006).  Stenson's failure to comply with the requisite appellate procedure deprives this Court of jurisdiction over her appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*   10/16/2015
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*